F. Richard Ruderman (SB No. 142226)
Law Offices of F. Richard Ruderman
2020 Hurley Way, Suite 405
Sacramento, CA  95825
Telephone: 916-563-0100
Facsimile: 916-563-0114

Attorney for Petitioners

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA D., a minor; by and through her guardian ad litem, THERESA D., THERESA D. and RUDY D.,<br><br>    Petitioners,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>    Respondent. | CASE NO: 2:07-cv-00218-MCE-GGH<br><br>ORDER APPOINTING GUARDIAN AD LITEM |

The petition for an order appointing THERESA D. as guardian ad litem for SAMANTHA D. is hereby GRANTED.

Dated: February 28, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Page 1