IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMANTHA D., a minor; et al.,

    Plaintiffs,

  v.                                       NO. CIV. S-07-0218 GGH

ELK GROVE UNIFIED SCHOOL DISTRICT,

    Defendant.                     <u>ORDER</u>

_____/

        The parties have consented to the jurisdiction, pursuant to 28 U.S.C. §636(c)(2), of a United States Magistrate Judge, and the District Judge has referred the matter to the undersigned. The undersigned has accepted the reference. The court has reviewed the status report, filed April 24, 2007, and will schedule a status conference to address in part the parties' positions regarding discovery.

        Accordingly, IT IS HEREBY ORDERED that a Status (Pretrial Scheduling) Conference is set for July 26, 2007, at 10:00 a.m. in courtroom #24 before the undersigned.

DATED: 6/20/07

                                                 /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 U.S. MAGISTRATE JUDGE

GGH:076/Samantha0218.sts.wpd