IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMANTHA D. a minor; et al.,

      Plaintiffs,

  v.                                       NO. CIV. S-07-0218 GGH

ELK GROVE UNIFIED SCHOOL DISTRICT,

      Defendant.                  STATUS (PRETRIAL SCHEDULING) ORDER

_____/

      The parties have consented to the jurisdiction, pursuant to 28 U.S.C. §636(c)(2), of a United States Magistrate Judge, and the District Judge has referred the matter to the undersigned. The undersigned has accepted the reference. The parties have filed a joint statement regarding scheduling and appeared for conference on July 26, 2007. Christian Knox appeared for plaintiff. Kevin Collins represented defendant. Accordingly, the court makes the following findings and orders:

SERVICE OF PROCESS

      All defendants have been served and no further service is permitted except with leave of court, good cause having been shown.

\\\\\

\\\\\

1

JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown.

JURISDICTION/VENUE

Jurisdiction is undisputed and is hereby found to be proper, as is venue.

MOTION HEARING SCHEDULES

Other than briefing to be filed pertinent to trial on the administrative record, there appears to be no need for a law and motion deadline.

SUPPLEMENTATION OF THE RECORD

On or before October 4, 2007, the parties shall meet and confer regarding any need to supplement the administrative record, lodge the administrative record, and notify the court whether supplementation of the record or discovery will be sought. Assuming no supplementation, motions for new evidence, or discovery are needed, the remainder of this order is in effect, except for the discovery provision below. Should the parties notify the court the administrative record needs to be supplemented, the trial briefing portion of this scheduling order will be modified.

DISCOVERY

Should plaintiff seek to file a motion for new evidence, discovery or to supplement the record, such a request must be filed by October 18, 2007, and noticed on the undersigned's calendar in accordance with the local rules of this court so that such motions will be heard not later than November 15, 2007.

TRIAL BRIEFING SCHEDULE

Assuming no supplementation of the record is necessary, plaintiffs' opening brief shall be filed by December 14, 2007. Defendant's responsive brief shall by filed by January 11, 2008. Plaintiffs' reply brief shall be filed by January 25, 2008.

\\\\\

TRIAL SETTING

Trial on the administrative record is set for Friday, February 15, 2008, at 9:00 a.m. in Courtroom No. #24 before the undersigned. Trial will consistent of oral argument by counsel. The court expects the trial will take up to half a day.

SETTLEMENT CONFERENCE

A Settlement Conference is set for September 12, 2007, at 1:30 p.m., in courtroom 26, before the Honorable Kimberly J. Mueller.

MISCELLANEOUS PROVISIONS

There appear to be no other matters presently pending before the court that will aid the just and expeditious disposition of this matter.

Pursuant to Fed. R. Civ. P. 16(b), THIS COURT SUMMARIZES THE SCHEDULING ORDER AS FOLLOWS:

1. A Settlement Conference is set for September 12, 2007, at 1:30 p.m., in courtroom 26, before the Honorable Kimberly J. Mueller.

2. The parties shall meet and confer, lodge the administrative record, and notify the court whether supplementation of the record will be sought, by October 4, 2007.

3. Any motion for new evidence, discovery or to supplement the record must be filed by October 18, 2007, and heard on the undersigned's calendar no later than November 15, 2007.

4. Absent an order permitting new evidence, etc., plaintiffs' opening brief shall be filed by December 14, 2007. Defendant's responsive brief shall by filed by January 11, 2008. Plaintiffs' reply brief shall be filed by January 25, 2008. If plaintiffs' reply raises new issues, defendant may file a surreply brief by February 8, 2008.

\\\\\

1     5.     This matter is set for trial on the administrative record on February 15,
2     2008, at 9:00 a.m.

DATED: 7/31/07                                  /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               U.S. MAGISTRATE JUDGE

GGH:076
SamanthaD0218.sch.wpd