1 | F. Richard Ruderman (SB No. 142226)
Law Office of F. Richard Ruderman
2 | 2020 Hurley Way, Suite 405
Sacramento, CA  95825
3 | Telephone: (916) 563-0100
Facsimile: (916) 563-0114
4
Attorney for Plaintiffs
5
Jack B.Clarke, Jr. (SB No. 120496)
6 | Best Best & Krieger LLP
3750 University Avenue
7 | P.O. Box 1028
Riverside, CA 92502-1028
8 | Telephone: (951) 686-1450
Facsimile: (951) 686-3083
9
Attorney for Defendant
10

11 | UNITED STATES DISTRICT COURT

12 | EASTERN DISTRICT OF CALIFORNIA

13

14 | SAMANTHA D., a minor; by and through her guardian ad litem, THERESA D., THERESA D. and RUDY D.,

    Plaintiffs,

    vs.

    ELK GROVE UNIFIED SCHOOL DISTRICT,

    Defendant.

CASE NO. 2:07-CV-00218-GGH PS
Judge: Honorable Gregory G. Hollows

JOINT STIPULATION TO CONTINUE DISCOVERY, BRIEFING SCHEDULE, AND TRIAL

## STIPULATION

Plaintiff's Samantha D., a minor, by and through her guardian ad litem, Theresa D., Theresa D., and Rudy D. ("Plaintiffs") and Defendant Elk Grove Unified School District ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On September 12 and October 3, 2007, the Parties participated in a Settlement Conference before the honorable Kimberly J. Mueller, United States District Court Magistrate Judge. After the Settlement Conference, the parties were able to able to meet and confer regarding the administrative record and other issues concerning discovery and supplementation of the administrative record.

2. The Parties agreed to continue in a Settlement Conference on November 6 or 8, 2007.

3. The Parties wish to avoid additional legal costs associated with litigation until after completion of the Settlement Conference in November 2008.

4. Based on the Status (Pretrial Scheduling) Order issued by Magistrate Judge Gregory G. Hollows on July 31, 2007, the Parties respectfully request that the dates set forth in said Order be extended in order to allow Parties more time to pursue settlement rather than prepare for trial, which is set forth for February 15, 2008.

5. After discussing available dates, the Parties stipulate and respectfully request that this Court continue the dates set forth in the Briefing Schedule, as follows:

   a. <u>Discovery</u>: Should Plaintiff seek to file a motion for new evidence, discovery or to supplement the record, such a request must be filed by December 12, 2007, and such motions shall be heard no later than January 9, 2007;

   b. <u>Trial Briefing Schedule</u>:

      Absent an order permitting new evidence, etc.,

         i. Plaintiff's opening brief shall be filed by February 8, 2008;

         ii. Defendant's responsive brief shall be filed by March 7,

1   2008;

2   iii. Plaintiff's reply brief shall be filed by March 21, 2008;

4   iv. If Plaintiff's reply brief raises new issues, Defendant may

5   file a surreply brief by April 4, 2008

6   v. Trial on the Administrative record set forth for April 11,

7   2008.

9   SO STIPULATED.

10  Dated: October____, 2007                    BEST BEST & KRIEGER LLP

12                                              By:_____
                                                    JACK B CLARKE, JR.
13                                                  VAN T. VU
                                                    Attorneys for Defendant
14                                                  Elk Grove Unified School District

15  Dated: October____, 2007                    LAW OFFICE OF F. RICHARD
                                                 RUDERMAN
16

17                                              By:_____
                                                    F. RICHARD RUDERMAN
18                                                  Attorneys for Plaintiff's
                                                    Samantha D., etc.
19

20  Having read the above Stipulation, and good cause appearing therefore,

21  IT IS SO ORDERED.

23  Dated: 10/18/07                             /s/ Gregory G. Hollows
                                                U.S. Magistrate Judge
24
    samantha.eot
25