IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMANTHA D., a minor; et al.,
    Plaintiffs,
    v.                       NO. CIV. S-07-0218 GGH

ELK GROVE UNIFIED SCHOOL DISTRICT,
    Defendant.            ORDER
_____/

        On January 28, 2008, the parties filed a joint stipulation that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that by virtue of the stipulated dismissal, that this action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1).

DATED: 02/28/08               /s/ Gregory G. Hollows

                                          _____
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:076
Samantha0218.dis.wpd

1